UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEREK NEWCOMER, an individual; and MAVERICK CONSTRUCTION, LLC, a Florida limited liability corporation,

        Plaintiffs,

vs.

SUSAN MONAHAN, an individual; and VININGS INSURANCE CO., a Georgia Corporation,

        Defendants

_____/

CASE NO:

## NOTICE OF REMOVAL

Defendant National Builders Insurance Company f/k/a Vinings Insurance Company ("Builders"), pursuant to 28 U.S.C. § 1441, respectfully removes this case from the Twelfth Judicial Circuit Court in and for Sarasota County, Florida to this Court, and states grounds for removal as follows:

    **I.**    **BACKGROUND**

    1.    This is an action to address insurance coverage concerning an underlying liability suit. Specifically, Builders' insured Maverick Construction, LLC ("Maverick") and its employee and principal officer Mr. Newcomer seek a declaration from the court regarding the following: (1) that Builders' policies provide coverage for various complaints filed in the underlying case; (2) that Maverick is entitled to reimbursement of a settlement it entered into with the claimant in the underlying action filed by Ms.

Monahan should the policies provide coverage; and (3) that Maverick and Newcomer are entitled to a reimbursement of past defense costs, again, should the policies provide coverage.

2. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders filed in the state court liability action are attached as **Composite Exhibit A**. A copy of the pertinent insurance policies are attached as **Composite Exhibit B**.

3. Newcomer and Maverick commenced this suit on July 10, 2019, by filing their complaint in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida. Builders accepted service on July 16, 2019.

4. Defendant, Builders was at all times herein, including but not limited to the time the action was commenced and at the time of the Notice of Removal was filed, a citizen of a state other than Florida, specifically of the State of Georgia.

5. The Plaintiffs, Newcomer and Maverick, are citizens of the state of Florida, residing in Bradenton, Florida.

6. Ms. Monahan, is an individual residing in the state of Florida, Sarasota County.

II. **STANDARD OF REVIEW**

7. Removal is appropriate upon a showing that there is completed diversity of citizenship between the plaintiffs and defendants and the amount in controversy exceeds $75,000.00, exclusive of interests, attorneys' fees, and costs. 28 U.S.C. § 1332.

8. In determining whether the Court has diversity jurisdiction, the Court may consider the entire record and not merely the complaint. *See Woolard v. Heyer-*

*Schulte*, 791 F. Supp. 294, 296 (S.D. Fla. 1992); *see also* 28 U.S.C. § 1446(b)(3); 28 U.S.C. § 1446(c), allowing removal within thirty days of the receipt of an "… order or 'other paper.'"

9. In the liability suit, Ms. Newcomer has settled with Maverick for $35,000, see Complaint ¶ 20, and still seeks to recover from Newcomer. In addition, Maverick and Newcomer seek to recover for their attorneys' fees and costs. Based upon information provided to Builders, the total amount at issue exceeds $75,000, exclusive of interest, attorney's fees and costs in this case, and therefore this case is properly removable to this Court pursuant to 28 U.S.C. § 1441.

10. Although Monahan, as a co-defendant, is a citizen of Florida, the consent of Ms. Monahan is not required, as her interests in this case (as opposed to the underlying case) are more properly aligned with the Newcomer and Maverick. Accordingly, the parties should be realigned.

11. Federal courts must realign the parties to reflect their interests in that litigation. *City of Vestavia Hills v. Gen. Fid. Ins. Co.*, 676 F.3d 1310, 1314 (11th Cir. 2012) (citing *City of Indianapolis v. Chase Nat'l Bank*, 314 U.S. 63, 69 (1941)). "It is the duty of the lower federal courts to look beyond the pleadings and arrange the parties according to their sides in the dispute, as determined by the principal purposes of the suit …." *City of Vestavia Hills*, 676 F.3d at 1314 (citing *Northbrook Nat'l Ins. Co. v. Brewer*, 493 U.S. 6, 16 n.5 (1989)). Realignment is appropriate in insurance coverage cases such as this one where a carrier has denied coverage for the underlying liability suit. *See Murphy v. Charter Oak Fire Ins. Co.*, 166 F. Supp. 1311 (S.D. Fla. 2015). Here, based upon Builders

denial of its duty to defend and indemnify Newcomer and Maverick, Monahan should be realigned as Newcomer, Maverick and Monahan all share the common interest for coverage to exist under the Builders' policies.

12. This notice of removal is timely as Builders accepted service on July 16, 2019, and filed this notice within the time allotted.

13. A copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida.

Wherefore, National Builders Insurance Company f/k/a Vinings Insurance Company respectfully requests that this Court remove this Sarasota County action to this Court pursuant to 28 U.S.C. § 1441.

**HINSHAW & CULBERTSON, LLP**

*s/ Logan Haine-Roberts*
Ronald L. Kammer
Florida Bar No. 360589
Logan Haine-Roberts
Florida Bar No. 112005
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL  33134
Phone:  305 358-7747
E-Mail:  rkammer@hinshawlaw.com
LHaine-Roberts@hinshawlaw.com
Secondary E-Mail Addresses:
dphangsang@hinshawlaw.com
gbejel@hinshawlaw.com.

*Attorneys for National Builders Insurance Company f/k/a Vinings Insurance Company*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on August 6, 2019 upon the following parties via USPS and email.

Michael L. Morgan
Michael L. Morgan Law Group, P.A.
2364 Fruitville Road
Sarasota, FL 34237
Phone: (941) 953-4555
Fax: (941) 953-4533
mmorgan@mlmorganlaw.com
lhakanski@mlmorganlaw.com
pmorrell9534555@gmail.com
*Attorney for Derek Newcomer and Maverick Construction, LLP*

Albert A. Sanchez, Jr.
Sanchez Law, PLLC
2055 Wood Street, Suite 206
Sarasota, FL 34237
Phone: (941) 366-0001
Fax: (941) 366-0025
aasanchezlaw@gmail.com
cesanchezlaw@gmail.com
*Counsel for Susan Monahan*

Morgan Bentley
Johanna Maynadier Bradley
Bentley & Bruning, P.A. 783 South Orange Avenue
Suite 220
Sarasota, FL 34236
Phone: (941) 556-9030
Fax: (941) 312-5316
jbradley@bentleyandbruning.com
mbentley@bentleyandbruning.com
*Co-counsel for Susan Monahan*

**HINSHAW & CULBERTSON, LLP**

*s/ Logan Haine-Roberts*

Logan Haine-Roberts
Florida Bar No. 112005
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL  33134
Phone:  305 358-7747
Lhaine-Roberts@hinshawlaw.com
*Attorneys for National Builders Insurance Company f/k/a Vinings Insurance Company*

304085911v1 1020949