UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEREK NEWCOMER and MAVERICK
CONSTRUCTION LLC,

     Plaintiffs,

v.                                                                          Case No: 8:19-cv-1938-T-36SPF

SUSAN MONAHAN and VININGS
INSURANCE CO.,

     Defendants.

_____/

# O R D E R

The Court has been advised by Defendant National Builders Insurance Company f/k/a Vinings Insurance Co.'s Notice of Settlement (Doc. 15) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within underline sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on November 4, 2019.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record